# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LITTLER MENDELSON, P.C., a California Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MELISSA MANN, a Florida resident,<br><br>Defendant. | Case No. 1:21-cv-03855-MLB |

## PLAINTIFF'S MOTION TO LIFT RESTRICTIONS ON MEDIA

Pursuant to Local Rule 83.4 for the U.S. District Court for the Northern District of Georgia, Plaintiff Littler Mendelson, P.C. moves the court for permission for its counsel, Dara D. Mann and Chelsea M. Dease, to bring portable computers, cellular telephones, pagers and personal communication devices without cameras, electronic devices equipped with cameras, including cellular telephones, personal digital assistants and laptop computers, and paper and demonstrative exhibits into the courthouse on October 13, 2021, for attendance at the hearing scheduled before Judge Michael L. Brown at 9:00 a.m. at the Richard B. Russell Federal Building.  For the Court's convenience, a proposed order is attached.

Dated: October 12, 2021  Respectfully submitted,

*/s/ Dara D. Mann*
Dara D. Mann
Georgia Bar No. 469065
Chelsea M. Dease (N.D. Ga. admission pending)
Georgia Bar No. 545916
SQUIRE PATTON BOGGS (US) LLP
1230 Peachtree Street, NE
Suite 1700
Atlanta, Georgia  30309
Tel.:  +1 678 272 3221
Fax:  +1 678 272 3211
Dara.Mann@squirepb.com
Chelsea.Dease@squirepb.com

*Attorneys for Plaintiff Littler Mendelson P.C.*

## **CERTIFICATE OF SERVICE**

This is to certify that on October 12, 2021, a copy of the foregoing was filed electronically with the above-captioned court, with notice of the filing being generated and sent electronically by the Court's CM/ECF system to all counsel of record.

                                                */s/ Dara D. Mann*
                                                Dara D. Mann