IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LITTLER MENDELSON, P.C., a California Professional Corporation, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MELISSA MANN, a Florida resident, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No.<br><br>1:21-cv-3855-MLB |

### NOTICE OF SETTLEMENT AGREEMENT

COMES NOW Plaintiff Littler Mendelson, P.C. ("Littler") and Defendant Melissa Mann ("Mann") in the above captioned case and hereby notify the Court that they have agreed to a settlement of all Littler's claims against Defendant Mann. The Parties have agreed to all terms and have mutually executed a Settlement Agreement which, upon compliance with its requirements, will resolve all claims against Ms. Mann with prejudice.

Because there are certain aspects of the settlement the Court will need to address, including entering a Stipulated Permanent Injunction and Amendment to the Protective Order, Littler and Ms. Mann have agreed to withhold filing a

Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) until that process is complete.

Respectfully submitted, this 30th day of March, 2022

| **BUCKLEY BEAL, LLP** | **SQUIRE PATTON BOGGS (US) LLP** |
|---|---|
| *s/ Thomas J. Mew IV* | */s/ Dara D. Mann* |
| Thoams J. Mew IV | Dara D. Mann |
| Georgia Bar No. 503447 | Georgia Bar No. 469065 |
| Joseph Quattlebaum | Francisco J. Rolon |
| Georgia Bar No. 319971 | Georgia Bar No. 54913P |
| Tmew@buckleybeal.com | Dara.Mann@squirepb.com |
| Jquattlebaum@buckleybeal.com | Francisco.rolon@squirepb.com |
| 600 Peachtree Street NE | 1201 W. Peachtree Street NW |
| Suite 3900 | Suite 3150 |
| Atlanta, GA 30308 | Atlanta, GA 30309 |
| Telephone: (404) 781-1100 | Telephone: (678) 272-3219 |
| Facsimile: (404) 781-1101 | Facsimile: (678) 272-3211 |
| *Attorneys for Defendant Melissa Mann* | *Attorneys for Plaintiff Littler Mendelson, P.C.* |

## **LR 7.1(D) FONT COMPLIANCE CERTIFICATION**

The undersigned counsel certifies that the within and foregoing **NOTICE OF SETTLEMENT AGREEMENT** in support thereof was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1 of the United States District Court for the Northern District of Georgia.

This 30th day of March, 2022.

*/s/ Francisco J. Rolon*
Francisco J. Rolon

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LITTLER MENDELSON, P.C., a California Professional Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA MANN, a Florida resident and POLSINELLI P.C., a Missouri Professional Corporation,<br><br>Defendants. | Civil Action<br>No. 1:21-cv-3855-MLB |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of March, 2022, the foregoing **NOTICE OF SETTLEMENT AGREEMENT** was filed electronically through the CM/ECF system, is available for viewing and downloading from the CM/ECF system and will send email notification of such filing to all attorneys of record.

*/s/ Francisco J. Rolon*
Francisco J. Rolon