# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LITTLER MENDELSON, P.C., a California Professional Corporation,<br><br>**Plaintiff,**<br><br>vs.<br><br>MELISSA MANN, a Florida resident, and POLSINELLI P.C., a Missouri Professional Corporation,<br><br>**Defendants.** | Case No. 1:21-cv-03855-MLB |

## CONSENT MOTION FOR STIPULATED PERMANENT INJUNCTION ORDER AND AMENDMENT TO AGREED PROTECTIVE ORDER

Plaintiff Littler Mendelson, P.C. ("Littler") and Defendant Melissa Mann ("Mann") (collectively "the Parties")[1] bring this Consent Motion for a Permanent Injunction Order and Amendment to the Agreed Protective Order. The parties stipulate as follows:

1. Littler filed its original Complaint for Damages and Injunctive Relief against Mann on September 17, 2021 and its First Amended Complaint on October 12, 2021, seeking injunctive relief and damages for Mann's alleged misappropriation

---

[1] As of the date of filing this motion, Defendant Polsinelli P.C. has waived service of the Second Amended Complaint but has not entered an appearance in this action. Accordingly, the stipulations referenced herein are solely between Littler and Ms. Mann.

- 1 -

of Littler's intellectual property and confidential, privileged or otherwise protected information (collectively the "Information").

2. On October 8, 2021, Littler moved *ex parte* for a Temporary Restraining Order ("TRO"), an Order to Show Cause re Preliminary Injunction, and Expedited Discovery (collective the "Motion") (Dkt. 6) seeking a TRO (a) enjoining and restraining Mann from using or disclosing Littler Information to any person; (b) directing Mann to return to Littler all of the Information she misappropriated, including any copies, summaries, extracts, or excerpts, in whatever form stored or maintained, and to identify all Information that has been lost and/or destroyed; and (c) requiring that Mann account as to all persons to whom the Information, or any portion of it, had been disclosed.

3. On October 14, 2021 – following its hearing of the motions for TRO and expedited discovery the day before – the Court entered its Order granting Littler a fourteen-day temporary restraining order directing Mann to preserve Littler's Information and enjoining Mann from accessing, using, disclosing, modifying or adapting, and destroying Littler's Information, and granting Littler's request for expedited discovery to depose Mann (Dkt. 18).

4. The Parties have engaged in the process of expedited discovery pursuant to a Stipulated Protocol for Forensic Collection, Review and Deletion of

Defendant's ESI ("Stipulated Protocol") entered by the Court on October 18, 2021 (Dkt. 20), and amended on October 28, 2021 (Dkt. 30).

5. On October 20, 2021, the Court entered the Agreed Protective Order (Dkt. 23), outlining the designation and disclosure of confidential documents and information in this action.

6. On October 25, 2021, the Court entered the Consent Preliminary Injunction Order (Dkt. 26), prohibiting Mann from violating confidentiality obligations in her agreements with Littler; participating in competitive activities involving Littler Information; accessing, using, disclosing, modifying or adapting, or destroying Littler's Information except as expressly permitted by the Forensic Protocol; and requiring Mann to return any Littler Information within her possession, custody or control.

7. The Parties have engaged in discovery-related activities, including obtaining Defendant's personal devices, forensic imaging of Defendant's devices, conducting a preliminary review of the data obtained from those devices, and conferring regarding the proper procedures for protecting privileged and/or sensitive information.

8. The Parties have engaged in meaningful discussions about an agreed resolution of this matter that would include making the preliminary injunction permanent.

9. On January 14, 2022, the Court administratively closed this case subject to the success of alternative resolution negotiations.

10. On March 7, 2022, the Court granted the Littler's consent motion to reopen on the case.

11. On March 9, 2022, Littler filed a Motion for Leave to File a Second Amended Complaint ("Motion to Amend").

12. On March 25, 2022, Mann filed a notice of non-opposition to Littler's Motion to Amend.

13. On March 30, 2022, the Parties filed a Notice of Settlement Agreement alerting the Court of the resolution of Littler's claims against Defendant Mann (Dkt. 55).

14. On March 31, 2022, the Court granted Littler's Motion to Amend (Dkt. 56).

15. Mann, without admitting or denying the allegations of the Second Amended Complaint for purposes of this Stipulated Permanent Injunction Order (except as to jurisdiction and venue, which she admits), consents to the entry of this Order, and states that the consent is entered voluntarily and that no promise or threat has been made to induce her to consent to this Order except as provided in the parties' concurrent settlement.

16. Mann, without admitting or denying the allegations of the Second Amended Complaint for purposes of this Amendment to Agreed Protective Order (except as to jurisdiction and venue, which she admits), consents to a modification of the Agreed Protective Order (Dkt. 23) to facilitate Littler's use of her confidential information in the pursuit of other claims arising out of or related to Mann's alleged conduct herein, and states that the consent is entered voluntarily and that no promise or threat has been made to induce her to consent to this Order except as provided in the parties' concurrent settlement.

17. WHEREFORE, the Parties respectfully request in good faith and for the foregoing reasons that this Court grant their Motion and enter the stipulated permanent injunction and amendment to protective order. A proposed order is provided for the convenience of the Court.

Respectfully submitted, this 28th day of April, 2022.

STIPULATED TO AND APPROVED BY:

| | |
|---|---|
| */s/ Dara D. Mann* | */s/ Thomas J. Mew IV* |
| Dara D. Mann | Thomas J. Mew IV |
| Georgia Bar No. 469065 | Georgia Bar No. 503447 |
| Dara.Mann@squirepb.com | tmew@buckleybeal.com |
| David S. Elkins | Joseph Quattlebaum |
| David.Elkins@squirepb.com | Georgia Bar No. 319971 |
| Squire Patton Boggs (US) LLP | jquattlebaum@buckleybeal.com |
| One Atlantic Center | 600 Peachtree Street NE |
| 1201 W. Peachtree St. NW | Suite 3900 |
| Suite 3150 | Atlanta, GA 30308 |
| Atlanta, Georgia 30309 | Telephone: (404) 781-1100 |
| | Facsimile: (404) 781-1101 |
| *Attorneys for Plaintiff* | |
| *Littler Mendelson, P.C.* | *Attorneys for Defendant Melissa Mann* |

## **LR 7.1(D) FONT COMPLIANCE CERTIFICATION**

The undersigned counsel certifies that the within and foregoing **CONSENT MOTION FOR STIPULATED PERMANENT INJUNCTION ORDER AND AMENDMENT TO AGREED PROTECTIVE ORDER** in support thereof was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1 of the United States District Court for the Northern District of Georgia.

This 28th day of April, 2022.

                                        **SQUIRE PATTON BOGGS (US) LLP**

                                        */s/ Dara D. Mann*
                                        Dara D. Mann
                                        Georgia Bar No. 469065
                                        dara.mann@squirepb.com