# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LITTLER MENDELSON, P.C., a California Professional Corporation, <br><br> Plaintiff, <br><br> v. <br><br> MELISSA MANN, a Florida resident and POLSINELLI P.C., a Missouri Professional Corporation, <br><br> Defendants. | Civil Action <br> 1:21-cv-3855-MLB |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MELISSA MANN WITH PREJUDICE

Plaintiff Littler Mendelson, P.C. ("Littler") and Defendant Melissa Mann hereby file this Notice of Voluntary Dismissal of Defendant Melissa Mann under Fed. R. Civ. P. 41(a)(1)(A)(i). Littler and Defendant Melissa Mann have settled all claims between them in this action, and such claims are dismissed with prejudice with each party to bear its own fees and costs. Because Ms. Mann has not filed an answer or a motion for summary judgment in this case, a Notice of Voluntary Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) is proper.

Respectfully submitted, this 17th day of May, 2022.

| **BUCKLEY BEAL, LLP** | **SQUIRE PATTON BOGGS (US) LLP** |
|---|---|
| *s/ Thomas J. Mew IV* | */s/ Dara D. Mann* |
| Thomas J. Mew IV | Dara D. Mann |
| Georgia Bar No. 503447 | Georgia Bar No. 469065 |
| tmew@buckleybeal.com | dara.mann@squirepb.com |
| Joseph Quattlebaum | Chelsea M. Dease |
| Georgia Bar No. 319971 | Georgia Bar No. 545916 |
| jquattlebaum@buckleybeal.com | chelsea.dease@squirepb.com |
| 600 Peachtree Street NE | One Atlantic Center |
| Suite 3900 | 1201 W. Peachtree St. NW |
| Atlanta, GA 30308 | Suite 3150 |
| Telephone: (404) 781-1100 | Atlanta, GA 30309 |
| Facsimile: (404) 781-1101 | Telephone: (678) 272-3221 |
| | Facsimile: (678) 272-3211 |
| *Attorneys for Defendant Melissa Mann* | *Attorneys for Plaintiff Littler Mendelson P.C.* |

## LR 7.1(D) FONT COMPLIANCE CERTIFICATION

The undersigned counsel certifies that the within and foregoing **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MELISSA MANN WITH PREJUDICE** in support thereof was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1 of the United States District Court for the Northern District of Georgia.

This 17th day of May, 2022.

                                             **SQUIRE PATTON BOGGS (US) LLP**

                                             */s/ Dara D. Mann*
                                             Dara D. Mann
                                             Georgia Bar No. 469065
                                             dara.mann@squirepb.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LITTLER MENDELSON, P.C., a California Professional Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA MANN, a Florida resident and POLSINELLI P.C., a Missouri Professional Corporation,<br><br>Defendants. | Civil Action<br>No. 1:21-cv-3855-MLB |

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2022, the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MELISSA MANN WITH PREJUDICE** was filed electronically through the CM/ECF system, is available for viewing and downloading from the CM/ECF system and will send email notification of such filing to all attorneys of record.

SQUIRE PATTON BOGGS (US) LLP

*/s/ Dara D. Mann*
Dara D. Mann
Georgia Bar No. 469065
dara.mann@squirepb.com