# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LITTLER MENDELSON, P.C., <br><br> Plaintiff, <br><br> v. <br><br> POLSINELLI P.C., <br><br> Defendant. | Civil Action No.: <br> 1:21-cv-3855-MLB |

## JOINT MOTION TO ALTER TIME TO RESPOND

Plaintiff Littler Mendelson, P.C. ("Plaintiff") and Defendant Polsinelli P.C. ("Defendant") (collectively, the "Parties") respectfully move this Court to extend Defendant's time to respond to the Second Amended Complaint for Damages and Injunctive Relief (DE 57) until and including Wednesday, July 13, 2022. Currently, Defendant's response deadline is June 21, 2022.

On March 31, 2022, this Court granted Plaintiff's Motion for Leave to File a Second Amended Complaint. (DE 56.) The Second Amended Complaint was deemed filed on that day. (DE 57.) On April 26, 2022, Defendant agreed to waive service. (DE 60.) The parties are working actively to seek an out of court resolution

of this matter and agree that Defendant shall have until July 13, 2022 to file its responsive pleading.

Defendant has not requested an extension of deadlines before. The extension of this deadline would not affect any other deadlines beyond those discussed herein and, as such, no proposed amended scheduling order is required or attached. Attached hereto is a Proposed Order for this Court's consideration.

## **MEMORANDUM OF LAW IN SUPPORT OF MOTION**

Pursuant to this Court's Standing Order Regarding Civil Litigation Section (f.), the Parties respectfully seek an extension of time for Defendant to respond to the Second Amended Complaint. (DE 57.) The Parties intend to work in good faith to resolve the issues in this matter, making a response to the Second Amended Complaint unnecessary if those efforts are successful. If the Parties cannot resolve all disputes, Defendant asks to file any responsive pleadings on or before July 13, 2022.

This Court has discretion to control its calendar and amend the responsive pleading deadline. *See* Fed. R. Civ. P. 6(b) (a court may, for good cause shown, extend the time to respond); *Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) ("[W]e stress the broad discretion district courts have in managing their cases. . . This discretion . . . is and must be broad.") (citation omitted). The

Parties therefore respectfully ask this Court to use its discretion in extending the responsive pleading deadline.

Dated: June 17, 2022.

*[Signatures to follow on next page]*

| | |
|---|---|
| *Respectfully submitted,* | *Consented to by:* |
| /s/ Georgia L. Turner | /s/ Dara D. Mann |
| Eric L. Barnum | Dara D. Mann |
| Ga Bar No. 039305 | Ga Bar No. 469065 |
| ebarnum@bakerlaw.com | Francisco J. Rolon |
| Georgia L. Turner | Ga Bar No. 54913P |
| Ga Bar No. 495910 | Dara.mann@squirepb.com |
| gturner@bakerlaw.com | francisco.rolon@squirepb.com |
| **BAKER & HOSTETLER LLP** | **SQUIRE PATTON BOGGS (US) LLP** |
| 1170 Peachtree Street NE, Suite 2400 | 1201 W. Peachtree Street, NW, Suite 3150 |
| Atlanta, GA 30309-7676 | Atlanta, GA 30309 |
| Telephone: (404) 459-0050 | Telephone: (678) 272-3221 |
| Facsimile: (404) 459-5734 | Facsimile: (678) 272-3211 |
| | |
| ***Attorneys for Defendant Polsinelli, P.C.*** | David S. Elkins |
| | *(Admitted PHV)* |
| | David.elkins@squirepb.com |
| | **SQUIRE PATTON BOGGS (US) LLP** |
| | 1801 Page Mill Road, Suite 110 |
| | Palo Alto, CA 94304 |
| | Telephone: (650) 843-3378 |
| | Facsimile: (650) 843-8777 |
| | |
| | ***Attorneys for Plaintiff Littler Mendelson, P.C.*** |

## RULE 7.1(D) CERTIFICATE

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1(C).

Dated: June 17, 2022

                                                     */s/ Georgia L. Turner*
                                                     Georgia L. Turner
                                                     Georgia Bar No. 495910

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **CONSENT MOTION TO ALTER TIME TO RESPOND** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 17th day of June, 2022.

                                                      */s/ Georgia L. Turner*
                                                    Georgia L. Turner
                                                    Ga Bar No. 495910