# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LITTLER MENDELSON, P.C., a California Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MELISSA MANN, a Florida resident AND POLSINELLI, P.C., a Missouri Professional Corporation,<br><br>Defendant. | Case No. 1:21-cv-03855-MLB |

## LITTLER MENDELSON, P.C.'S MOTION FOR LEAVE TO FILE SUPPORTING DOCUMENTS OF ITS TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND EXPEDITED DISCOVERY REDACTED AND UNDER SEAL

Pursuant to Section II(J) of Appendix H to the Civil Local Rules for this Division, as well as this Court's Standing Order Regarding Civil Litigation, Plaintiff Littler Mendelson, P.C. ("Littler") seeks leave to file a redacted version of the Declaration of Joshua C. Vaughn and Exhibit A thereto, its Memorandum in Support of its Motion For Temporary Restraining Order, Preliminary Injunction, And Expedited Discovery, and the Declaration of Dara D. Mann and that Exhibits A-Q thereto be filed under seal. In support thereof, Littler states as follows:

1. The Declarations, Memorandum, and Exhibits contain sensitive and proprietary information regarding Littler's internal company procedures, financial

information, and sensitive information technology and security data that should remain confidential, there is good cause to exempt them from the public's common law right to access to public records.

2. Accordingly, for the reasons set forth more fully in its Memorandum of Law, Littler requests that this Court enter an Order permitting the filing of a redacted version of the Declaration of Joshua C. Vaughn and Exhibit A thereto, its Memorandum in Support of its Motion For Temporary Restraining Order, Preliminary Injunction, And Expedited Discovery, and the Declaration of Dara D. Mann and that Exhibits A-Q thereto be filed under seal. A Proposed Order is attached to this Motion.

WHEREFORE, Littler requests that this Court grant this Motion, and enter an Order directing the Clerk of Court to permit the filing of a redacted version of the Declaration of Joshua C. Vaughn, its Memorandum in Support of its Motion For Temporary Restraining Order, Preliminary Injunction, And Expedited Discovery, and that Exhibits A-Q of the Declaration of Dara Mann be filed under seal.

Dated:  July 29, 2022         */s/ Dara D. Mann*
Dara D. Mann (Ga. No. 469065)
Francisco J. Rolon (Ga. No. 549139)
SQUIRE PATTON BOGGS (US) LLP
1201 W Peachtree St., Suite 3150
Atlanta, Georgia  30309
Tel.:  +1 678 272 3221
Fax:  +1 678 272 3211
Dara.Mann@squirepb.com
Francisco.Rolon@squirepb.com


David S. Elkins (*pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
1801 Page Mill Road Suite, 110
Palo Alto, California 94304
Tel.: +1 650 856 6500
Fax: +1 650 843 8777
David.Elkins@squirepb.com

*Attorneys for Plaintiff*
*Littler Mendelson, P.C.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned certifies that the brief has been prepared with one of the fonts and point selections approved by the Court in L.R. 5.1 (B).

                                                 */s/ Dara D. Mann*
                                                 Dara D. Mann

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **LITTLER MENDELSON, P.C.'S MOTION FOR LEAVE TO FILE SUPPORTING DOCUMENTS OF ITS TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND EXPEDITED DISCOVERY REDACTED AND UNDER SEAL** to all counsel of record via the Court's CM/ECF system.

This 29th day of July, 2022.

>  */s/ Dara D. Mann*
>  Dara D. Mann