## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LITTLER MENDELSON, P.C., a California Professional Corporation, <br><br>      Plaintiff, <br><br> v. <br><br> POLSINELLI P.C., a Missouri Professional Corporation, <br><br>      Defendant. | Civil Action No.: <br> 1:21-cv-3855-MLB |

## POLSINELLI P.C.'S EMERGENCY MOTION TO ALTER TIME TO RESPOND

Pursuant to Federal Rule of Civil Procedure 6(b) and this Court's Standing Order Regarding Civil Litigation Section (f.), Defendant Polsinelli P.C. ("Polsinelli") hereby respectfully requests an extension of time to file its response to Plaintiff Littler Mendelson, P.C.'s ("Littler") *Ex Parte* Motion for Entry of Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery. (DE 81.)  As set forth in detail in the accompanying Memorandum of Law, Polsinelli respectfully asks this Court to extend its response deadline to fourteen days after Polsinelli's lead counsel returns from his docketed leave of absence, or until August

30, 2022.  (*See* DE 75.)  If the Court does not grant the pending emergency motion, Polsinelli asks the Court to provide a briefing and hearing schedule on the *Ex Parte* Motion.  Currently, Polsinelli's response deadline is August 12, 2022.  The extension of this deadline would not affect any other deadlines beyond those discussed herein, and, as such, no proposed amended scheduling order is required or provided. Attached hereto is a Proposed Order for this Court's consideration.

      Respectfully submitted this 1st day of August, 2022.

> */s/ Georgia L. Turner*
> Eric L. Barnum
> Georgia Bar No. 039305
> ebarnum@bakerlaw.com
> Georgia L. Turner
> Georgia Bar No. 495910
> gturner@bakerlaw.com
>
> **BAKER & HOSTETLER LLP**
> 1170 Peachtree Street, NE, Suite 2400
> Atlanta, Georgia  30309-3676
> Telephone: (404) 459-0050
>
> *Counsel for Defendant Polsinelli P.C*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that this document was prepared using 14-point Times New Roman font, one of the font and point selections approved by the Court in Local Rule 5.1(C).

Respectfully submitted this 1st day of August, 2022.

*/s/ Georgia L. Turner*
Georgia L. Turner
Ga Bar No. 495910

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned counsel hereby certifies that, on this day, the foregoing POLSINELLI P.C.'S EMERGENCY MOTION TO ALTER TIME TO RESPOND was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

This 1st day of August, 2022.

*/s/ Georgia L. Turner*
Georgia L. Turner
Ga Bar No. 495910

-4-