## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LITTLER MENDELSON, P.C., a California Professional Corporation, <br><br>         Plaintiff, <br><br> v. <br><br> POLSINELLI P.C., a Missouri Professional Corporation, <br><br>          Defendant. | Civil Action No.: <br> 1:21-cv-3855-MLB |

## <u>POLSINELLI P.C.'S MEMORANDUM OF LAW IN SUPPORT OF ITS EMERGENCY MOTION TO ALTER TIME TO RESPOND</u>

ERIC L. BARNUM
Georgia Bar No. 039305
ebarnum@bakerlaw.com
GEORGIA L. TURNER
Georgia Bar No. 495910
gturner@bakerlaw.com

**BAKER & HOSTETLER LLP**
1170 Peachtree Street, NE, Suite 2400
Atlanta, Georgia  30309-3676
Telephone: (404) 459-0050

*Counsel for Defendant Polsinelli P.C*

Defendant Polsinelli P.C. ("Polsinelli") respectfully moves the Court for an order extending its deadline to respond to Plaintiff Littler Mendelson, P.C.'s ("Littler") *Ex Parte* Motion for Entry of Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery (the "*Ex Parte* Motion").  (DE 81.)

## I.    FACTUAL BACKGROUND

Pursuant to Local Rule 83.1(E)(4) and this Court's Standing Order Regarding Civil Litigation Section (d.), on June 30, 2022, lead counsel for Polsinelli filed a letter notifying the Court of his leave of absence from August 1, 2022 through and including August 16, 2022.  (DE 75.)  At 7:45 PM EDT on Friday, July 29, 2022, Littler filed its *Ex Parte* Motion.  (*See* DE 81.)  It therefore did so after business hours on the night of the last business day before the noticed leave of absence.  Littler did so knowing that Polsinelli's lead counsel would be unavailable to respond to the motion.

In addition, Littler asks this Court to grant its pending motion on an *ex parte* basis, or, in other words, without a hearing, briefing by Polsinelli, or any equivalent opportunity for Polsinelli to be heard by this Court.  Any suggestion that Littler requires immediate Court intervention to remedy any alleged harm is belied by the facts.  Nearly four months ago, on March 31, 2022, Littler filed the Second Amended Complaint naming Polsinelli as a Defendant.  (DE 57.)  Littler's *Ex Parte* Motion is

-2-

also based on information that it alleges to have learned throughout 2021, for example, statements made by former defendant Melissa Mann in her October 21, 2021 deposition (DE 81-1 at p. 6) and documents reviewed by Littler's counsel starting in September 2021 (DE 81-5 at ¶ 17). Littler alleges that the immediate Court intervention comes in light of communications from Polsinelli's counsel on July 12, 2022. (DE 81-1 at p. 9-10; DE 81-5 ¶ 20.) Even assuming Littler's sentiments are correct, that means Littler was able to wait over two and a half weeks from such realization to file its *Ex Parte* Motion. Attached hereto as Exhibit A is a copy of email communications with the Court on July 29, 2022 stating that Littler's undersigned counsel would not oppose a short delay in the Court considering the *Ex Parte* Motion in light of the leave of absence.

In short, a short extension of time to substantively respond to the *Ex Parte* Motion will not cause harm to Littler.[1]   On the other hand, there is serious potential harm to non-party home healthcare providers if the issues raised in the *Ex Parte* Motion are not fully briefed and addressed by Polsinelli.

---

[1] Littler also filed an accompanying Motion for Leave to File Supporting Documents of its Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery Redacted and Under Seal. (DE 82.) The Court has not ruled on that motion, meaning the Court has not had the opportunity to review or consider the proposed evidence in support of the *Ex Parte* Motion. At the time of this filing Polsinelli's undersigned counsel has not received unredacted copies of the *Ex Parte* Motion filings.

## II.    ARGUMENT AND CITATION OF AUTHORITIES

Federal Rule of Civil Procedure 6(b) provides that this Court "may, for good cause" extend deadlines.  In further support, this Court's Standing Order Regarding Civil Litigation Section (f.) states that parties may seek extensions of time based on unanticipated or unforeseen circumstances that necessitate an extension.  These rules are consistent with the Court's broad discretion to manage its cases and control the case calendar.  *See Goddard v. Consumer Choice Assurance, Ltd.*, No. 1:20-CV-02409-ELR, 2021 WL 2558546, at *1 (N.D. Ga. Apr. 6, 2021); *Kirkland v. Guardian Life Ins. Co. of Am.*, 352 F. App'x 293, 297 (11th Cir. 2009).

Polsinelli seeks the short extension to substantively respond – moving the deadline from August 12 to August 30, 2022 – due to lead counsel's noticed leave of absence and the lack of true need for an expedited order on the *Ex Parte* Motion, as shown from the facts.

## III.   CONCLUSION

For the foregoing reasons, Polsinelli respectfully asks this Court to extend its response deadline to fourteen days after Polsinelli's lead counsel returns from his docketed leave of absence, or until August 30, 2022.[2]  (*See* DE 75.)

---

[2] If the Court does not grant the pending emergency motion, Polsinelli asks the Court to provide a briefing and hearing schedule on the *Ex Parte* Motion.

Respectfully submitted this 1st day of August, 2022.

/s/ Georgia L. Turner
Eric L. Barnum
Georgia Bar No. 039305
ebarnum@bakerlaw.com
Georgia L. Turner
Georgia Bar No. 495910
gturner@bakerlaw.com

**BAKER & HOSTETLER LLP**
1170 Peachtree Street, NE, Suite 2400
Atlanta, Georgia  30309-3676
Telephone: (404) 459-0050

*Counsel for Defendant Polsinelli P.C*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that this document was prepared using 14-point Times New Roman font, one of the font and point selections approved by the Court in Local Rule 5.1(C).

Respectfully submitted this 1st day of August, 2022.

*/s/ Georgia L. Turner*
Georgia L. Turner
Ga Bar No. 495910

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that, on this day, the foregoing POLSINELLI P.C.'S MEMORANDUM OF LAW IN SUPPORT OF ITS EMERGENCY MOTION TO ALTER TIME TO RESPOND was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

This 1st day of August, 2022.

*/s/ Georgia L. Turner*
Georgia L. Turner
Ga Bar No. 495910