# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LITTLER MENDELSON, P.C., a California Professional Corporation, ) ) ) ) Plaintiff, ) ) v. ) ) MELISSA MANN, a Florida resident and POLSINELLI, P.C., a Missouri Professional Corporation, ) ) ) ) ) Defendants. ) | Civil Action No.<br><br>1:21-cv-3855-MLB |

## PLAINTIFF'S MOTION TO LIFT RESTRICTIONS ON MEDIA

Pursuant to Local Rule 83.4 for the U.S. District Court for the Northern District of Georgia, Plaintiff Littler Mendelson, P.C. moves the court for permission for its counsel, Dara D. Mann and Francisco J. Rolon, and witnesses, George Wood, Joshua Vaughn, and Mike Perelman to bring portable computers, cellular telephones, pagers and personal communication devices without cameras, electronic devices equipped with cameras, including cellular telephones, personal digital assistants and laptop computers, and paper and demonstrative exhibits into the courthouse on August 17, 2022, for attendance at the hearing scheduled before Judge Michael L. Brown at 2:00 p.m. at the Richard B. Russell Federal Building. For the Court's convenience, a proposed order is attached.

Dated: August 12, 2021

Respectfully submitted,

*/s/ Dara D. Mann*
Dara D. Mann
Georgia Bar No. 469065
Francisco J. Rolon
Georgia Bar No. 549139
SQUIRE PATTON BOGGS (US) LLP
1201 W Peachtree St NW
Suite 3150
Atlanta, Georgia  30309
Tel.:  +1 678 272 3221
Fax:  +1 678 272 3211
Dara.Mann@squirepb.com
Francisco.Rolon@squirepb.com

*Attorneys for Plaintiff Littler Mendelson P.C.*

## CERTIFICATE OF SERVICE

This is to certify that on August 12, 2022, a copy of the foregoing was filed electronically with the above-captioned court, with notice of the filing being generated and sent electronically by the Court's CM/ECF system to all counsel of record.

*/s/ Dara D. Mann*
Dara D. Mann