IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LITTLER MENDELSON, P.C., a California Professional Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA MANN, a Florida resident and POLSINELLI, P.C., a Missouri Professional Corporation,<br><br>Defendants. | Civil Action No.<br><br>1:21-cv-3855-MLB |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's client representative, Lori Brown, be allowed to bring the following equipment to the United States Courthouse, Atlanta, GA, Courtroom 1906, for the purpose of presentation of evidence at a hearing to take place on August 17, 2022, at 2:00p.m.:

1. Cellular telephones
2. Personal digital assistants
3. Laptop computers
4. Paper and demonstrative exhibits

Proper identification will be required upon entering the security station. The equipment shall be subject to inspection by the United States Marshal Service.

This Order shall be effective until the conclusion of the hearing.

**SO ORDERED** this 16th day of August, 2022.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE